1  McGREGOR W. SCOTT
   United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00191-MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| ZULEMA ELIZABETH RODRIGUEZ, | DATE: August 15, 2019 |
| Defendant. | TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on August 15, 2019.

2. By this stipulation, the defendant now moves to continue the status conference until October 3, 2019, and to exclude time between August 15, 2019, the previously set status hearing, and October 3, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes law enforcement reports, photographs, and several hours of audio and video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendant desire additional time consult with her client,

review the discovery, conduct defense investigation, and otherwise prepare for trial.

    c)    On March 20 and 21, 2019, the parties conferred regarding the status of the case. Counsel for the defendants conveyed that they are still working with the defendants to determine how to proceed with the case. Additionally, the United States informed defense counsel that the United States will be producing additional discovery in the form of forensic reports of the defendants' cellular telephones. Defense counsel will need additional time to review the forensic reports.

    d)    On August 9 and 12, 2019, the parties conferred regarding the status of the case. The parties have engaged in discussions regarding potential resolution of the case. Counsel for defendant requested additional time to meet with the defendant and discuss potential resolution options.

    e)    Counsel for defendant believe that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    f)    The government does not object to the continuance.

    g)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    h)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 15, 2019, to October 3, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 12, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated: August 12, 2019

/s/ HANNAH LABAREE
HANNAH LABAREE
Counsel for Defendant
Zulema Elizabeth Rodriguez

**ORDER**

IT IS SO ORDERED.

Dated: August 14, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3