```
HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH ROSE LABAREE, #294338
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ZULEMA ELIZABETH RODRIGUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00191-MCE |
| Plaintiff, | **STIPULATION REGARDING WAIVER OF PERSONAL APPEARANCE** |
| vs. | |
| ZULEMA ELIZABETH RODRIGUEZ, | Date: June 25, 2020<br>Time: 10:00 A.M. |
| Defendant. | Judge: Hon. Morrison C. England, Jr. |

**TO:   McGREGOR W. SCOTT, UNITED STATES ATTORNEY AND JUSTIN LEE, ASSISTANT UNITED STATES ATTORNEY, COUNSEL FOR PLAINTIFF:**

On March 30, 2020, Chief United States Judge Mueller issued General Order 614, "Coronavirus Public Emergency Authorizing Video-teleconferencing and Telephone Conferencing for Criminal Proceedings Under Section 15002 of the Coronavirus Aid, Relief and Economic Security (CARES) Act," which authorizes the use of videoconferencing – or telephone phone conferencing if videoconference is not reasonably available – in various criminal proceedings, including sentencing hearings, if the case cannot be further delayed without serious harm to the interests of justice.

In this matter, Ms. Rodriguez has an interest in resolving her case by proceeding to the Judgment and Sentencing hearing via video-teleconference. Were this Court to delay the hearing until a time when the proceeding may be held in person, Ms. Rodriguez' interest in timely

resolving her case would be thwarted. Additionally, such delay would result in Ms. Rodriguez' ongoing custody at the Sacramento County Jail, where she has been incarcerated for 21 months pretrial.

Further delay of the sentencing hearing would thus inflict serious harm to the interests of justice.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  June 19, 2020     */s/ Hannah Rose Labaree*
HANNAH ROSE LABAREE
Assistant Federal Defender
Attorneys for
ZULEMA ELIZABETH RODRIGUEZ

Ms. Rodriguez, having been advised of her right to appear in person for her Judgment & Sentencing, hereby waives her right to personally appear at the hearing on June 25, 2020, and instead requests to appear via video-teleconference from the United States Marshal's lock-up facility.

Dated:  June 19, 2020     */s/ Zulema Elizabeth Rodriguez*
ZULEMA EIZABETH RODRIGUEZ
Defendant

I hereby concur in my client's waiver.

Dated:  June 19, 2020     */s/ Hannah Rose Labaree*
HANNAH ROSE LABAREE
Assistant Federal Defender
Attorney for
ZULEMA ELIZABETH RODRIGUEZ

Case 2:18-cr-00191-MCE   Document 64   Filed 06/22/20   Page 3 of 3

## ORDER

Pursuant to the defendant's request for waiver of in-person appearance, and good cause appearing, this Court specifically finds that:

1) The sentencing hearing in this case cannot be further delayed without serious harm to the interests of justice;

2) The defendant has waived her physical presence at the hearing and consents to remote hearing by videoconference; and

3) Therefore, based on the findings above, and under the Court's authority under § 15002(b) of the CARES Act and General Order 614, the Judgment & Sentencing hearing in this case will be conducted by videoconference.

IT IS SO ORDERED.

Dated: June 21, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE