HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
ZULEMA ELIZABETH RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:18-cr-00191-MCE-1 |
| Plaintiff, | |
| vs. | ORDER TO FILE DEFENDANT'S EXHIBIT A TO ADDENDUM UNDER SEAL |
| ZULEMA ELIZABETH RODRIGUEZ, | |
| Defendant. | |

**IS HEREBY ORDERED** that the Request to Seal Exhibit A to Zulema Rodriguez's Addendum to the Sentencing Memorandum be GRANTED, so that the private information is not available on the public docket. The records are to be provided to the Court and opposing counsel.

These documents shall remain under seal until further Order of the Court.

IT IS SO ORDERED.

Dated:  June 26, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Order to Seal Documents      -1-